IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDY HARPER,

    Plaintiff,

vs.                         CASE NO. 1:09CV132-MP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Extension of Time to File Memorandum through December 30 , 2009. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and Defendant shall have through December 30, 2009.

**DONE AND ORDERED** this *30th* day of November, 2009.

                                      s/ A. KORNBLUM
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**