## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SANDY HARPER,

    Plaintiff,

vs.                                          CASE NO. 1:09CV132-MP/AK

MICHAEL J. ASTRUE,

    Defendants.

_____/

## O R D E R

Presently before the Court is Defendant's Second Motion to Extend Time to file a responsive memorandum. (Doc. 17). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through January 29, 2010 to file the memorandum.

**DONE AND ORDERED** this 29th day of December, 2009.

                                                  s/ A Kornblum
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**